

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00323-CV

| | | |
|---|---|---|
| Mostafa Aram Azadpour | § | From the 236th District Court |
| v. | § | of Tarrant County (236-266688-13) |
| | § | June 5, 2014 |
| City of Grapevine, Bruno Richard Rumbelow, Gene Tignor, and Does 1-49 | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed and remanded in part. We affirm that portion of the trial court's judgment that grants Appellees' plea to the jurisdiction to the extent that it dismisses the City of Grapevine and Bruno Richard Rumbelow from the suit. We reverse the remainder of the trial court's judgment and remand the case to the trial court for further proceedings on Appellant's claim for an injunction prohibiting Gene Tignor from entering Appellant's property.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Sue Walker_____
       Justice Sue Walker